IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FIFTH THIRD BANK, NATIONAL ASSOCIATION, | ) ) ) |
| *Plaintiff*, | ) ) |
| V. | ) )  Case No. 1:22-cv-01936 |
| EDWARD H. RUFF, CARYN RUFF PIERRE, BARRY HAUSAUER and NASSAU LIFE AND ANNUITY COMPANY, | ) ) ) ) ) ) |
| *Defendants*. | ) |

**AGREED MOTION TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Nassau Life and Annuity Company (hereinafter, "NLA"), by and through its attorneys, McDowell Hetherington LLP, files this motion pursuant to Fed. R. Civ. P. 6(b) requesting from the Court an extension to answer or otherwise respond to Plaintiff's Complaint by 30 days.

1. Plaintiff filed its Complaint on April 14, 2022. [ECF No. 1.]

2. Plaintiff served NLA with a summons and the Complaint on April 25, 2022.

3. Pursuant to Fed. R. Civ. P. 12, NLA's responsive pleading deadline is today, May 16, 2022.

4. Since receipt of the Complaint, an agent of NLA engaged in conversations with counsel for Plaintiff in an effort to resolve certain issues related to NLA's involvement in this matter.

5. On May 13, 2022, counsel for Plaintiff agreed to an extension of 30 days, up to and including June 15, 2022, for NLA to answer or otherwise respond to Plaintiff's Complaint.

6. NLA retained McDowell Hetherington LLP today, May 16, 2022, to represent it in this action.

7. This Motion is not intended to delay these proceedings, and Plaintiff will not be prejudiced by extension of the pleading deadline as evidenced by Plaintiff's agreement to the new deadline.

WHEREFORE, Defendant Nassau Life and Annuity Company respectfully requests that this honorable Court grant its Agreed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint.

Respectfully submitted,

*/s/ Jason A. Richardson*

McDowell Hetherington, LLP

Jason A. Richardson
ARDC No. 6293637
Natasha M. Seaton
ARDC No. 6336732

1001 Fannin Street, Suite 2700
Houston, Texas 77002
Telephone: (713) 337-5580
Facsimile: (713) 337-8850
jason.richardson@mhllp.com
natasha.cicchino@mhllp.com
*Attorneys for Defendant Nassau Life and Annuity Company*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 16th day of May, 2022, I electronically filed the foregoing with the Clerk of the Court by using the court's E-filing system, which will distribute the foregoing to all counsel of record.

*/s/ Jason A. Richardson*
Jason A. Richardson
