**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **FIFTH THIRD BANK, NATIONAL ASSOCIATION,** | ) ) ) | |
| *Plaintiff,* | ) ) | |
| **V.** | ) ) | **Case No. 1:22-cv-01936** |
| **EDWARD H. RUFF, CARYN RUFF PIERRE, BARRY HAUSAUER and NASSAU LIFE AND ANNUITY COMPANY,** | ) ) ) ) ) | |
| *Defendants.* | ) ) | |

**DEFENDANT NASSAU LIFE AND ANNUITY COMPANY'S CORPORATE
DISCLOSURE AND NOTIFICATION AS TO AFFILIATES**

Now Comes Defendant, Nassau Life and Annuity Company ("NLA"), by and through its

attorneys McDowell Hetherington LLP, and pursuant to Federal Rule of Civil Procedure 7.1 and

Local Rule 3.2, states as follows:

1.      NLA is a wholly owned subsidiary of The Nassau Companies.

2.      The Nassau Companies is itself a subsidiary of Nassau Insurance Group Holdings,

L.P.

3.      In accordance with Fed. R. Civ. P. 7.1, there is no such publicly held corporation

that owns 10% or more of NLA's stock.

4.      In accordance with LR 3.2, there is no such publicly held corporation that owns

5% or more of NLA's stock.

Dated this 16th day of May, 2022

Respectfully submitted,

NASSAU LIFE AND ANNUITY
COMPANY

*/s/ Jason A. Richardson*____

McDowell Hetherington, LLP

Jason A. Richardson
ARDC No. 6293637
Natasha M. Seaton
ARDC No. 6336732

1001 Fannin Street, Suite 2700
Houston, Texas 77002
Telephone: (713) 337-5580
Facsimile:  (713) 337-8850
jason.richardson@mhllp.com
natasha.cicchino@mhllp.com
*Attorneys for Defendant Nassau Life and Annuity Company*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this the 16th day of May, 2022, I electronically filed the foregoing with the Clerk of the Court by using the court's E-filing system, which will distribute the foregoing to all counsel of record.

*/s/ Jason A. Richardson*

Jason A. Richardson
