# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Fifth Third Bank, National Association v. Ruff et al

Case Number: 22-CV-01936

An appearance is hereby filed by the undersigned as attorney for:

Caryn Ruff Pierre

Attorney name (type or print): Steven B. Chaiken

Firm: Adelman & Gettleman, Ltd.

Street address: 53 W. Jackson Blvd., Suite 1050

City/State/Zip: Chicago, IL 60604

Bar ID Number: 6272045
(See item 3 in instructions)

Telephone Number: 312-435-1050

Email Address: schaiken@ag-ltd.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☐ | ☑ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 24, 2022

Attorney signature:   S/ Steven B. Chaiken
(Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015