# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FIFTH THIRD BANK, NATIONAL ASSOCIATION,<br><br>  Plaintiff,<br><br>   v.<br><br>EDWARD H. RUFF, CARYN RUFF PIERRE, BARRY HAUSAUER and NASSAU LIFE INSURANCE COMPANY,<br><br>  Defendants. | Case No. 1:22-cv-01936 |

## MOTION TO WITHDRAW APPEARANCE OF GABRIELLE E. WINSLOW

Gabrielle E. Winslow respectfully moves for leave to withdraw her appearance as an attorney of record for Plaintiff, Fifth Third Bank, National Association ("Fifth Third") in this matter:

1. I am currently listed as an attorney of record for Fifth Third in this matter.

2. Fifth Third's lead counsel and other attorney of record in this matter, Robert Glantz, has moved to a different law firm, Much Shelist, P.C., and has left Fox Rothschild LLP effective June 10, 2022.

3. It is my understanding that Robert Glantz will continue to represent Fifth Third as lead counsel in this matter at Much Shelist, P.C.

4. The parties will suffer no prejudice from the relief requested.

WHEREFORE, Gabrielle E. Winslow respectfully requests that this Court grant her leave to withdraw as counsel of record for Fifth Third in this matter *instanter*.

Dated: June 14, 2022

Respectfully submitted,

GABRIELLE E. WINSLOW

By:   */s/ Gabrielle E. Winslow*

Gabrielle Winslow (#6330644)
FOX ROTHSCHILD LLP
321 North Clark Street, Suite 1600
Chicago, Illinois 60654
(312) 517-9200
gwinslow@foxrothschild.com

## CERTIFICATE OF SERVICE

I, Gabrielle E. Winslow, an attorney, hereby certify that on June 14, 2022, I caused a copy of the foregoing **Motion to Withdraw** to be served on all counsel of record via the Court's e-filing system.

By: */s/ Gabrielle E. Winslow*