# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Fifth Third Bank, National Association

                                                Plaintiff,

v.                                                                Case No.: 1:22−cv−01936

                                                                              Honorable Edmond E. Chang

Edward H Ruff, et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 29, 2022:

      MINUTE entry before the Honorable Edmond E. Chang: The Defendants' extension motions [19] [21] [23] to respond is granted as to all Defendants to 08/19/2022. The motion [20] to withdraw as counsel is granted. The tracking status hearing of 07/01/2022 is reset to 09/09/2022 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Instead, the parties shall file a joint initial status report on 09/02/2022. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.